RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/9/12
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-10022-03 |
| VERSUS | |
| ARCHIE ROY JACKSON | MAGISTRATE JUDGE JAMES D. KIRK<br>JUDGE DEE D. DRELL |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jackson's motion to vacate, set aside or correct sentence (Doc. 295) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 19th day of January, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE